# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Passarn Zamani Construction Company ) | ASBCA No. 60890 |
| (P.Z.C.C.) ) | |
| ) | |
| Under Contract No. W91B4M-09-C-7215 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Hussein Husseini
                                  Director

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                   Army Chief Trial Attorney
                                  MAJ Stephen P. Smith, JA
                                   Trial Attorney

## ORDER OF DISMISSAL

By Order dated 2 December 2016, the Board requested that appellant provide a copy of the claim it had submitted to the contracting officer prior to the filing of this appeal. In response, appellant has indicated that it desires to submit its claim to the contracting officer for a decision. The government has provided appellant with the contact information for the cognizant contracting officer.

By Order dated 7 February 2017, the Board informed the parties that it intended to dismiss the appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 21 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60890, Appeal of Passarn Zamani Construction Company (P.Z.C.C.), rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2